APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

07CV6468
JUDGE KOCORAS
MAG. JUDGE NOLAN

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**FILED**
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME: Bobby L. Harris
(Please print)

STREET ADDRESS: 1250 W Mayes Ave apt 203

CITY/STATE/ZIP: Chicago Ill 60624

PHONE NUMBER: 773-262 2906

CASE NUMBER: _____

Signature: Bobby L Harris

Date: 11-6-07

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)