AE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
GMR _____ DIVISION

Bobby L. Harris
(Name of the plaintiff or plaintiffs)

v.

Mercy Hospital and medical center

(Name of the defendant or defendants)

07CV6468
JUDGE KOCORAS
MAG. JUDGE NOLAN

assignment clerk)

**RECEIVED**

NOV 1 5 2007
nov 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Bobby L Harris _____ of the county of Cook _____ in the state of Illinois
3. The defendant is Mercy Hospital and medical Center, who resides at (street address) 2525 S. michigan avenue
   (city) Chicago (county) Cook (state) Illinois (ZIP) 60616
   (Defendant's telephone number) (312)- 567-2000

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at
(street address) 2525 #S. Michigan
(city) Chicago (county) Cook (state) Ill (ZIP code) 60616

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) 3, (day) 9, (year) 06.

7. (a) The plaintiff [check one box] ☐ has not  filed a charge or charges against the defendant
   ☒ has
   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission on or about
       (month)_____ (day)_____ (year)_____.

   (ii) ☒ the Illinois Department of Human Rights on or about
        (month) 2, 3 (day) 13 (year) 06.
        0.8   0.3   0.6

   (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☒ YES ☐ NO

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 9 (day) 25 (year) 0-7 a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

    (a) ☒ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (c) ☐ Disability (Americans with Disabilities Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☐ YES    ☒ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ other (specify): _Retaliation, unequal terms and conditions_

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was fired because of my sex and age. I complained about sex harassment and i was they suspended and later fired.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

  (a) ☐ Direct the defendant to hire the plaintiff.
  (b) ☒ Direct the defendant to re-employ the plaintiff.
  (c) ☐ Direct the defendant to promote the plaintiff.
  (d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.
  (e) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
  (f) ☐ Direct the defendant to (specify): _____

  (g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)

(h) ☒   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Bobby L. HARRIS_

(Plaintiff's name) _Bobby L. Harris_

(Plaintiff's street address) _12 So. W, mosee ave apt 203_

(City) _Chicago_   (State) _Ill_   (ZIP) _60626_

(Plaintiff's telephone number) (_773_) – _262-2906_

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.  #06W0309.17 | ☒ IDHR  ☐ EEOC | 2006CA2360 |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) Bobby Harris | HOME TELEPHONE (Include area code) (773) 262-2906 | |
|---|---|---|
| STREET ADDRESS 6308 N. Winthrop, Apt. 306 | CITY, STATE AND ZIP CODE Chicago, Illinois 60660 | DATE OF BIRTH 07/29/38 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME Mercy Hospital & Medical Center | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) (312) 567-5653 |
|---|---|---|
| STREET ADDRESS 2525 S. Michigan Avenue | CITY, STATE AND ZIP CODE Chicago, Illinois 60616 | COUNTY Cook |

| CAUSE OF DISCRIMINATION BASED ON: AGE  SEX  RETALIATION PERCIEVED SEXUAL ORIENTATION | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA)   LATEST (ALL) 03/09/06 ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I. A. ISSUE/BASIS

UNEQUAL TERMS AND CONDITION OF EMPLOYMENT – SEPTEMBER 1, 2005, AND CONTINUING UNTIL THE PRESENT, MARCH 9, 2006, DUE TO MY AGE, 67 AND SEX, MALE

B. PRIMA FACIE ALLEGATIONS

1. My sex is male and I am 67 years old.

2. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

3. Since September 1, 2005, and continuing until the present March 13, 2006, I have been subjected to unequal terms and conditions of employment by Logan Porter (male, 50's), Director of Housekeeping. The unequal terms and conditions of employment consists of me being assigned to clean two floors rather than one floor with a certain number of rooms to be serviced.

(Continued)

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS  NOTARY SIGNATURE    MONTH DATE-YEAR 3/13/06 |
|---|---|
| "OFFICIAL SEAL" Krystal L Rogers Notary Public, State of Illinois My Commission Expires Nov. 15, 2006  NOTARY SEAL | x Bobby L Harris  3-13-06 SIGNATURE OF COMPLAINANT    DATE  I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Bobby ▮▮ris
Charge Number: 2006CA2360
Page 2

4. Similarly situated, younger female, co-workers are not subjected to these terms and conditions for employment.

II. A. ISSUE/BASIS

SUSPENSION – IN SEPTEMBER 2005, IN RETALIATION FOR HAVING COMPLAINED ABOUT SEXUAL HARASSMENT IN THE WORKPLACE

B. PRIMA FACIE ALLEGATIONS

1. In September, 2005, I complained to Logan Porter, Director of Housekeeping, and the Director of Human Resources (name unknown), that I was being sexually harassed by a co-worker, Aaron (male, last name unknown). They both laughed about the incident and told me to go back to work.

2. One week after having complained about sexual harassment in the workplace, I was suspended for six days without pay by Logan Porter, Director of Housekeeping. The reason cited for the suspension was for allegedly sexually harassing a kitchen co-worker.

3. I did not sexually harass said individual. The suspension followed my having engaged in a protected activity within a short period of time.

III. A. ISSUE/BASIS

SUSPENSION – OCTOBER 2005, IN RETALIATION FOR HAVING COMPLAINED ABOUT SEXUAL HARASSMENT IN THE WORKPLACE

B. PRIMA FACIE ALLEGATIONS

1. In September, 2005, I complained to Logan Porter, Director Of Housekeeping, and the Director of Human Resources (name unknown), that I was being sexually harassed by a co-worker, Aaron (male, last name unknown). They both laughed about the incident and told me to go back to work.

2. In October 2005, I was suspended for one day without pay by Logan Porter, Director of Housekeeping. The reason cited for the suspension was because I allegedly failed to clean room #33.

3. The suspension followed my having engaged in a protected activity within a short period of time, thereby, raising an inference of retaliatory motivation.

IV. A. ISSUE/BASIS

SUSPENSION – OCTOBER, 2005, DUE TO MY SEX, MALE AND MY AGE, 67

(Continued)

Complainant: Bobby Harris
Charge Number: 2006CA2360
Page 3

B. PRIMA FACIE ALLEGATIONS
1. My sex is male and I am 67 years old.

2. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

3. In October 2005, I was suspended for one day without pay by Logan Porter (male, 50's), Director of Housekeeping. The reason cited for the suspension was for allegedly not cleaning room #33.

4. I serviced said room. Similarly situated, female younger co-workers, have been cited for not cleaning a room and they were not suspended.

V. A. ISSUE/BASIS
SUSPENSION – MARCH 9, 2006, DUE TO PERCEIVED SEXUAL ORIENTATAION, GAY

B. PRIMA FACIE ALLEGATIONS

1. I am not gay.

2. Respondent was provided medical documentation that I am not gay.

3. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

4. On March 9, 2006, I was suspended, pending an investigation by Logan Porter, Director of Housekeeping. The reason cited for the suspension was due to unprofessional behavior.

5. Respondent, in particular, Logan Porter, Director of Housekeeping, perceives me to be gay when in fact I have shown medical documentation that I am not gay, nonetheless, he suspends me for sexually harassing a male employee.

VI. A. ISSUE/BASIS
SUSPENSION – MARCH 9, 2006, IN RETALIATION FOR HAVING OPPOSED SEXUAL HARASSMENT IN THE WORKPLACE

B PRIMA FACIE ALLEGATIONS
1. In September 2005, I complained to Logan Porter, Director of Housekeeping, and the Director of Human Resources (name unknown), that I was being sexually harassed by a co-worker, Aaron (male, last name unknown). They both laughed about the incident and told me to go back to work.

(Continued)

2. On March 9, 2006, I was suspended, pending an investigation by Logan Porter, Director of Housekeeping. The reason cited for the suspension was due to unprofessional behavior.

3. The suspension followed my having engaged in a protected activity within a short period of time, thereby, raising an inference of retaliatory motivation.

VII. A. ISSUE/BASIS
SUSPENSION – MARCH 9, 2006, DUE TO MY AGE, 67 AND MY SEX, MALE

B PRIMA FACIE ALLEGATIONS
1. My sex is male and I am 67 years old.

2. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

3. On March 9, 2006, I was suspended, pending an investigation by Logan Porter (50's, male), Director of Housekeeping. The reason cited for the suspension was due to unprofessional behavior.

4. There have been numerous incidents involving younger female co-workers, who were cited for unprofessional behavior, and they were not suspended.

HMS/JJT/RCG

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | ☒ IDHR<br>☒ EEOC | 2006CA2360 |

## Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr. Ms. Mrs.) | | HOME TELEPHONE (include area code) |
|---|---|---|
| Bobby Harris | | (773) 262-2960 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 6308 N. Winthrop, Apt. 306 | Chicago, IL 60616 | 07/29/38 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| Mercy Hospital & Medical Center | 15+ | (312) 567-5653 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 2525 S. Michigan Ave. | Chicago, IL 60616 | 031 |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| AGE   SEX   RETALIATION<br>PERCEIVED SEXUAL ORIENTATION | EARLIEST (ADEA/EPA)   LATEST (ALL)<br>                             03/09/06<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

**TECHNICAL AMENDMENT #1**
(to properly identify a basis)

I. A. ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – September 1, 2005, and Continuing until the present, March 9, 2006, due to my age, 67 and sex, male

B. PRIMA FACIE ALLEGATIONS

1. My sex is male and I am 67 years old

2. My performance as housekeeper met Respondent's expectation. I was hired on September 11, 1989.

3. Since September 1, 2005, and continuing until the present March 13, 2006, I have been subjected to unequal terms and conditions of employment by Logan Porter (male, 50's), Director of Housekeeping. The unequal terms and conditions of employment consist of me being assigned to clean two floors rather than one floor with a certain number of rooms to be serviced.

(continued)

I also want this charge filed at EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

_[signature]_ 8/3/06
NOTARY SIGNATURE    MONTH DATE-YEAR

"OFFICIAL SEAL"
RAQUEL C. GUERRA
Notary Public, State of Illinois
My Commission Expires 4/12/2008

NOTARY SEAL

x _Bobby Harris_ 8-3-06
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Bobby Harris<br>1250 West Morse Avenue<br>Apt. #203<br>Chicago, IL 60626 | From: | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-01242 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*        SEP 24 2007

John P. Rowe, District Director      (Date Mailed)

Enclosure(s)

cc: **Mercy Hospital & Medical Center**