IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY L. HARRIS,<br><br>                Plaintiff,<br><br>vs.<br><br>MERCY HOSPITAL & MEDICAL CENTER,<br><br>                Defendant. | )<br>)<br>)<br>)   Case No. 07-C-4648<br>)<br>)   Honorable Charles P. Kocoras<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 30th day of January, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles P. Kocoras in Courtroom **1725** of the Dirksen Federal Courthouse, Chicago, Illinois, and therein, present the attached **Motion to Withdraw As Appointed Counsel**.

                                            /s Adam C. Toosley_____

                                            Adam C. Toosley, Esq.
                                            Clark Hill PLC
                                            150 N. Michigan Ave., Suite 2400
                                            Chicago, Illinois 60601
                                            (312) 985-5900
                                            Attorneys for Bobby L. Harris.

## **CERTIFICATE OF SERVICE**

      I, Adam C. Toosley, an attorney, do hereby certify that I caused a copy of this Notice of Motion and Motion to Withdraw as Appointed Counsel to be served on all parties of record by way of electronic filing with the Northern District of Illinois.

                                        ___/s Adam C. Toosley_____

5547726.1 0000/00000