IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY L. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-C-6468 |
| | ) | |
| MERCY HOSPITAL & MEDICAL CENTER, | ) | Honorable Charles P. Kocoras |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

NOW COMES Adam C. Toosley of Clark Hill PLC, pursuant to local rule 83.38, and moves this Court for leave to withdraw as appointed counsel for Bobby L. Harris ("Plaintiff"). In support of this motion, Adam C. Toosley states as follows:

1. On or about November 15, 2007, Plaintiff filed his Complaint against Mercy Hospital & Medical Center sounding in employment discrimination.

2. On that same day, Plaintiff filed an application for appointment of counsel and for leave to proceed *in forma pauperis*.

3. On January 10, 2008, the Court granted Plaintiff's applications and appointed Adam C. Toosley as counsel for Plaintiff.

4. Local Rule 83.38 provides, in pertinent part:

(a) Grounds; Application. After appointment counsel may apply to be relieved of an order of appointment only on the following grounds or on such other grounds as the appointing judge finds adequate for good cause shown:

\* \* \*

(1) Some conflict of interest precludes counsel from accepting the responsibilities of representing the party in the action.

\* \* \*

>Any application by appointed counsel for relief from an order of appointment on any of the grounds set forth in this section shall be made to the judge promptly after the attorney becomes aware of the existence of such grounds, or within such additional period as may be permitted by the judge for good cause shown.

5. Good cause exists under 83.38(1) for Adam C. Toosley's withdraw as counsel for Plaintiff.

6. Attorneys at Clark Hill PLC (Adam C. Toosley's firm), or Clark Hill PLC directly, have represented an entity called Sisters of Mercy of the Americas ("Sisters of Mercy") since 2001.

7. To that end, attorneys at Clark Hill PLC perform the employment and labor work for the Sisters of Mercy entity in at least five states—Michigan, Indiana, Iowa, California and Idaho.

8. The Defendant in this action, Mercy Hospital and Medical Center, is part of the Sisters of Mercy entity represented by Clark Hill PLC.

9. A conflict of interest exists because Clark Hill PLC defends the Sisters of Mercy entity in the same type of cases (labor and employment) as the case that it now has been appointed to prosecute.

10. In light of the foregoing, professional considerations require termination of representation.

11. Adam C. Toosley first became aware of the conflict of interest while Clark Hill PLC was performing a conflict check, and after consultation with attorneys that represent the Sisters of Mercy entity in Clark Hill PLC's Detroit, Michigan office, on January 15, 2008. The instant motion to withdraw was filed on January 21, 2008.

WHEREFORE, Adam C. Toosley prays this Honorable Court enter an order permitting him to withdraw as counsel for Bobby L. Harris; and for any and all such other further relief as

this Court deems fair and just.

                                      Respectfully submitted,

                                      CLARK HILL PLC

                                      By:    s/ Adam C. Toosley
                                                Adam C. Toosley (6276856)
                                                150 N. Michigan Avenue
                                                Suite 2400
                                                Chicago, IL  60601
                                                (312) 985-5900

Date: January 21, 2008