# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6468 | **DATE** | 1/29/2008 |
| **CASE TITLE** | Harris vs. Mercy Hospital & Medical Center | | |

**DOCKET ENTRY TEXT**

Adam C. Toosley's motion [10] to withdraw as appointed counsel for plaintiff is granted. Hearing on said motion to withdraw, set for 1/30/2008, is stricken. The following attorney is hereby appointed as counsel for plaintiff: Robert S. Libman of Miner, Barnhill & Galland, 14 West Erie, Chicago, Illinois 60610, (312-751-1170), (rlibman@lawmbg.com). Status hearing set for 2/20/2008 at 9:30 a.m. to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|