<u>CERTIFICATE OF SERVICE</u>

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Appearance to be served upon all counsel of record, by this Court's electronic-filing system, this 29th day of January, 2008.


                                        <u>/s/ Lisa Mecca Davis</u>
                                        Lisa Mecca Davis