IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. HARRIS, | ) |
| | ) |
| Plaintiff, | ) No. 07 C 6468 |
| | ) |
| v. | ) The Honorable Charles P. Kocoras |
| | ) |
| MERCY HOSPITAL AND MEDICAL CTR., | ) Magistrate Judge Nan R. Nolan |
| | ) |
| Defendant. | ) |

PLAINTIFF'S MOTION TO RESCHEDULE INITIAL STATUS HEARING

Plaintiff respectfully moves this Court to reschedule the initial status hearing currently set for February 20, 2008 for two reasons. First, Mr. Libman, lead counsel for plaintiff, has a previously-scheduled vacation from February 18-22, 2008 and therefore cannot attend the hearing. Second, no appearance has been entered on behalf of the defendant and it appears that plaintiff's *pro se* complaint has not been served on the defendant. Plaintiff intends to file an amended complaint within 45 days and to serve it on defendant promptly thereafter.

In further support of this motion, plaintiff states as follows:

1. On or about November 15, 2007, this Court received Mr. Harris's *pro se* original complaint.

2. By order dated January 10, 2008, this Court granted plaintiff's motion for appointment of counsel and appointed Adam Toosley as counsel for plaintiff.

3. By order dated January 29, 2008, this Court granted Mr. Toosley's motion to withdraw as appointed counsel and appointed Robert S. Libman as counsel for Mr. Harris. In the same order, this Court ordered that the initial status hearing on this matter should proceed on February 20, 2008 as previously scheduled and directed the parties to report on the possibility of settlement and, if settlement is not possible, to be prepared to detail the nature and length of discovery required. The Court required lead counsel for both parties to attend the February 20, 2008 hearing.

4. Mr. Libman promptly filed his appearance shortly after receiving the Court's January 29, 2008 order.

5. Immediately after receiving the Court's January 29, 2008 order, Mr. Libman arranged a meeting with Mr. Harris to discuss the case. On February 12, 2008, Mr. Libman and an associate in his office met with Mr. Harris. Mr. Libman's associate has also conducted two telephone interviews of Mr. Harris.

6. Based on Mr. Libman's review of the docket and his investigation to date, it appears that plaintiff's *pro se* complaint has not been served on defendant Mercy Hospital.

7. As of this date, no appearance has been filed on behalf of defendant Mercy Hospital.

8. Based on Mr. Libman's review of the record and investigation, plaintiff intends to file an amended complaint with the Court within the next 45 days and serve it on defendant promptly thereafter.

9. Rescheduling the February 20, 2008 initial status conference to a date no sooner than 30 days after plaintiff files and serves an amended complaint on defendant will allow sufficient time for the plaintiff to file and serve his amended complaint and for counsel for the parties to discuss the possibility of settlement or formulate a discovery plan.

10. In addition, Mr. Libman will be out of town from February 18-22 on a previously-scheduled vacation and therefore cannot attend the February 20, 2008 initial status conference.

## CONCLUSION

For the above reasons, plaintiff respectfully requests that this Court reschedule the initial status hearing from February 20, 2008 to a date no less than 30 days after the service of plaintiff's amended complaint.

Respectfully submitted,

/s/ Robert S. Libman
Robert S. Libman
One of the Attorneys for Plaintiff

Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170