IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. HARRIS, | ) |
| | ) |
| Plaintiff, | ) No. 07 C 6468 |
| | ) |
| v. | ) The Honorable Charles P. Kocoras |
| | ) |
| MERCY HOSPITAL AND MEDICAL CTR., | ) Magistrate Judge Nan R. Nolan |
| | ) |
| Defendant. | ) |

NOTICE OF MOTION

  PLEASE TAKE NOTICE that on Tuesday, February 19, 2008, at 9:30 a.m., the undersigned will appear before the Honorable Charles P. Kocoras in the courtroom usually occupied by him in the Federal Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiff's Motion to Reschedule Initial Status Hearing.

              /s/ Robert S. Libman
              Robert S. Libman
              One of the Attorneys for Plaintiff

Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170

CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Notice to be served upon all counsel of record, by this Court's electronic-filing system, this 13th day of February, 2008.

    /s/ Lisa Mecca Davis
    Lisa Mecca Davis