## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Bobby L Harris
                                     Plaintiff,

v.                                                       Case No.: 1:07−cv−06468
                                                                 Honorable Charles P. Kocoras

Mercy Hospital and Medical Center
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Plaintiff's motion [13] to reschedule initial status hearing is granted. Hearing on said motion, set for 2/19/2008, is stricken. Status hearing is reset from 2/20/2008 to 3/27/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.