# CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.

#06W0309.17

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2006CA2360 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

NAME (indicate Mr. Ms. Mrs.)
**Bobby Harris**

HOME TELEPHONE (include area code)
(773) 262-2906

STREET ADDRESS
6308 N. Winthrop, Apt. 306

CITY, STATE AND ZIP CODE
Chicago, Illinois 60660

DATE OF BIRTH
07/29/38

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

NAME
Mercy Hospital & Medical Center

NUMBER OF EMPLOYEES, MEMBERS 15+

TELEPHONE (include area code)
(312) 567-5653

STREET ADDRESS
2525 S. Michigan Avenue

CITY, STATE AND ZIP CODE
Chicago, Illinois 60616

COUNTY
Cook

CAUSE OF DISCRIMINATION BASED ON:

AGE  SEX  RETALIATION
PERCIEVED SEXUAL ORIENTATION

DATE OF DISCRIMINATION
EARLIEST (ADEA/EPA)  LATEST (ALL)
03/09/06
☐ CONTINUING ACTION

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.  A.  ISSUE/BASIS
        UNEQUAL TERMS AND CONDITION OF EMPLOYMENT – SEPTEMBER 1, 2005, AND CONTINUING UNTIL THE PRESENT, MARCH 9, 2006, DUE TO MY AGE, 67 AND SEX, MALE

    B.  PRIMA FACIE ALLEGATIONS

        1.  My sex is male and I am 67 years old.

        2.  My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

        3.  Since September 1, 2005, and continuing until the present March 13, 2006, I have been subjected to unequal terms and conditions of employment by Logan Porter (male, 50's), Director of Housekeeping. The unequal terms and conditions of employment consists of me being assigned to clean two floors rather than one floor with a certain number of rooms to be serviced.

(Continued)

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS

NOTARY SIGNATURE          MONTH DATE-YEAR

"OFFICIAL SEAL"
Krystal I. Rogers
Notary Public, State of Illinois
My Commission Expires Nov. 15, 2006

NOTARY SEAL

x _Bobby L. Harris_  3-13-06
SIGNATURE OF COMPLAINANT     DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EXHIBIT
A

FORM 5 (5/95)

Complainant: Bobby ▮▮▮ ..ris
Charge Number: 2006CA2360
Page 2

4.  Similarly situated, younger female, co-workers are not subjected to these terms and conditions for employment.

## II. A.  ISSUE/BASIS
SUSPENSION – IN SEPTEMBER 2005, IN RETALIATION FOR HAVING COMPLAINED ABOUT SEXUAL HARASSMENT IN THE WORKPLACE

### B.  PRIMA FACIE ALLEGATIONS

1.  In September, 2005, I complained to Logan Porter, Director of Housekeeping, and the Director of Human Resources (name unknown), that I was being sexually harassed by a co-worker, Aaron (male, last name unknown). They both laughed about the incident and told me to go back to work.

2.  One week after having complained about sexual harassment in the workplace, I was suspended for six days without pay by Logan Porter, Director of Housekeeping.  The reason cited for the suspension was for allegedly sexually harassing a kitchen co-worker.

3.  I did not sexually harass said individual. The suspension followed my having engaged in a protected activity within a short period of time.

## III. A. ISSUE/BASIS
SUSPENSION – OCTOBER 2005, IN RETALIATION FOR HAVING COMPLAINED ABOUT SEXUAL HARASSMENT IN THE WORKPLACE

### B.  PRIMA FACIE ALLEGATIONS

1.  In September, 2005, I complained to Logan Porter, Director Of Housekeeping, and the Director of Human Resources (name unknown), that I was being sexually harassed by a co-worker, Aaron (male, last name unknown). They both laughed about the incident and told me to go back to work.

2.  In October 2005, I was suspended for one day without pay by Logan Porter, Director of Housekeeping. The reason cited for the suspension was because I allegedly failed to clean room #33.

3.  The suspension followed my having engaged in a protected activity within a short period of time, thereby, raising an inference of retaliatory motivation.

## IV. A.  ISSUE/BASIS
SUSPENSION – OCTOBER, 2005, DUE TO MY SEX, MALE AND MY AGE, 67

(Continued)

Complainant: Bobby Harris
Charge Number: 2006CA2360
Page 3

## B.  PRIMA FACIE ALLEGATIONS

1. My sex is male and I am 67 years old.

2. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

3. In October 2005, I was suspended for one day without pay by Logan Porter (male, 50's), Director of Housekeeping. The reason cited for the suspension was for allegedly not cleaning room #33.

4. I serviced said room. Similarly situated, female younger co-workers, have been cited for not cleaning a room and they were not suspended.

## V.  A.  ISSUE/BASIS
SUSPENSION – MARCH 9, 2006, DUE TO PERCEIVED SEXUAL ORIENTATAION, GAY

## B. PRIMA FACIE ALLEGATIONS

1. I am not gay.

2.  Respondent was provided medical documentation that I am not gay.

3. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

4. On March 9, 2006, I was suspended, pending an investigation by Logan Porter, Director of Housekeeping. The reason cited for the suspension was due to unprofessional behavior.

5. Respondent, in particular, Logan Porter, Director of Housekeeping, perceives me to be gay when in fact I have shown medical documentation that I am not gay, nonetheless, he suspends me for sexually harassing a male employee.

## VI. A.  ISSUE/BASIS
SUSPENSION – MARCH 9, 2006, IN RETALIATION FOR HAVING OPPOSED SEXUAL HARASSMENT IN THE WORKPLACE

## B PRIMA FACIE ALLEGATIONS
1. In September 2005, I complained to Logan Porter, Director of Housekeeping, and the Director of Human Resources (name unknown), that I was being sexually harassed by a co-worker, Aaron (male, last name unknown). They both laughed about the incident and told me to go back to work.

(Continued)

Complainant: Bobby ⬛ ris
Charge Number: 2006CA2360
Page 4

2. On March 9, 2006, I was suspended, pending an investigation by Logan Porter, Director of Housekeeping. The reason cited for the suspension was due to unprofessional behavior.

3. The suspension followed my having engaged in a protected activity within a short period of time, thereby, raising an inference of retaliatory motivation.

VII. A.  ISSUE/BASIS
         SUSPENSION – MARCH 9, 2006, DUE TO MY AGE, 67 AND MY SEX, MALE

B    PRIMA FACIE ALLEGATIONS
     1. My sex is male and I am 67 years old.

     2. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

     3. On March 9, 2006, I was suspended, pending an investigation by Logan Porter (50's, male), Director of Housekeeping. The reason cited for the suspension was due to unprofessional behavior.

     4. There have been numerous incidents involving younger female co-workers, who were cited for unprofessional behavior, and they were not suspended.

HMS/JJT/RCG



## ILLINOIS DEPARTMENT OF HUMAN RIGHTS
## EMPLOYMENT COMPLAINANT INFORMATION SHEET

**ATTENTION:   INTAKE INTERVIEWING HOURS ARE FROM 8:30 A.M. TO 5:00 P.M.-
MONDAY THROUGH THURSDAY ONLY**

**NOTICE:** "The Department of Human Rights (DHR) Programs are accessible to people with disabilities in compliance with the Americans with Disabilities Act, the Illinois Human Rights Act, and Section 504 of the Rehabilitation Act of 1973.  A person with disability who needs an accommodation to participate in a DHR program, should call, fax, or e-mail Susan Allen, The Department's ADA Coordinator, at (217) 785-5119 (Voice), (217) 785-5125 (TTY), (217) 785-5106 (Fax), or susan_allen@cms.state.il.us".

**READ THIS PAGE CAREFULLY (FRONT AND BACK) TO DETERMINE IF YOU ARE IN THE RIGHT PLACE TO FILE YOUR EMPLOYMENT CHARGE.**

### THIS IS NOT A CHARGE

In order to file a charge of discrimination in employment:

♦ You must completely fill out this form and sign the last page.

♦ This form must be postmarked or received by the Department within 180 days of the date of the alleged discrimination.

♦ The Department must establish if it has the right under the law to investigate your employment claim.

♦ If the Department accepts your claim of employment discrimination, information will be typed on an official charge form.

♦ The charge form must be signed, notarized and returned to the Department in a timely manner.

|  |  |
|---|---|
| **CHICAGO OFFICE** | **SPRINGFIELD OFFICE** |
| 100 W. Randolph Street | 222 South College |
| 10th Floor – Intake Unit | Room 101-A – Intake Unit |
| Chicago, IL 60601 | Springfield, IL 62704 |
| (312) 814-6200 | (217) 785-5100 |
| (312) 263-1579 (TDD) | (217) 785-5125 (TDD) |

CIS-E (12/05)



EXHIBIT

*B*

1

## WHO CAN BE CHARGED

♦ The Department of Human Rights can investigate charges of employment discrimination filed against private employers, state or local government, unions and employment agencies. Individuals can also be charged in some cases.

♦ The employer charged with discrimination must have at least 15 employees in the state of Illinois in order for the Department to investigate, unless the charge alleges sexual harassment, retaliation or physical or mental handicap discrimination, or unless the employer is a public contractor. (A public contractor is an employer who does business with the state or a unit of local government.)

## TYPES OF DISCRIMINATION COVERED

The Department can only investigate charges alleging the following **Bases** of discrimination:

| | |
|---|---|
| **Sexual Orientation** | **Race** |
| **Age** (40 and over) | **Unfavorable Military Discharge** |
| **Physical or Mental Handicap** (unrelated to ability to do the job) | **Marital Status** |
| **Arrest Record** (or criminal history record ordered expunged, sealed or impounded) | **Color** |
| | **Ancestry** |
| **Retaliation** (for opposing unlawful discrimination based upon any of the categories mentioned) | **Military Status** |
| | **Religion** |
| | **Citizenship Status** |
| **Coercion** (helping or forcing a person to commit unlawful discrimination based upon any of the categories listed) | **Sexual Harassment** |
| | **National Origin** |
| **Sex** | |

## WHAT THE DEPARTMENT CANNOT DO

♦ DHR cannot investigate unfair employment actions such as: **political affiliations, personality conflicts,** etc., unless such actions are alleged to be for one or more of the reasons (types of discrimination) listed above.

♦ DHR cannot investigate unfair union practices unless such claims involve one or more of the types of discrimination described above.

♦ DHR cannot investigate charges against the federal government. Such a charge can only be filed with the EEO office of the agency alleged to have discriminated.

♦ DHR cannot investigate employers with **fewer than 15 employees**, unless the type of discrimination is sexual harassment, retaliation, or handicap.

## NOTICE TO COMPLAINANT

**The Illinois Human Rights Act ("Act"), 775 ILCS 5/1-101 *et seq.*, and Section 2520.330 of the Department's Rules and Regulations, 56 Ill. Admin. Code, Ch. II, Section 2520.330, require a charge to contain certain information in such detail as to substantially apprise the parties of the time, place, and facts with respect to the alleged civil rights violation. Pursuant to Section 926.210 of the Department's Rules and Regulations, anyone who submits information to the Illinois Department of Human Rights ("IDHR") in connection with a discrimination charge should take notice and be aware of the following: 2 Ill. Admin Code, Ch. X, Section 926.210.**

1. All contents and files maintained by IDHR pertaining to charges shall be confidential and not subject to public disclosure. <u>Relevant exceptions are as follows</u>:

    a. The parties to a charge may inspect the file at any time subsequent to the written notification of substantial evidence, notice of default, or notice of dismissal, administrative closure, or approval of terms of settlement by the Human Rights Commission ("Commission");

    b. After the filing of a Complaint with the Commission or the institution of judicial proceedings involving a charge, the Director may release information pertaining to the charge if such information is requested of IDHR or if the Director finds such information newsworthy, useful in education or training, relevant to an issue before the General Assembly, or similarly appropriate for disclosure.

2. Authorized personnel within IDHR analyze information that IDHR collects. This information may include personal information. IDHR staff may need to reveal some of the personal information to individuals outside the office in order to verify facts related to the charge, or to discover new facts which will help IDHR to determine whether the law has been violated. IDHR may need to disclose to Respondent correspondence, which IDHR received from Complainant or other sources.

3. IDHR may release the identity and personal information of the parties pursuant to a Freedom of Information Act ("FOIA") request, a subpoena or a court order.

4. Information submitted to or obtained by IDHR may also be revealed to persons outside of IDHR to enforce a Commission Order or a settlement agreement.

5. If a Request for Review is filed, the Chief Legal Counsel's decision is published in the Department's website, which is available to the public.

6. No person is required to file a charge with IDHR and reveal personal information to IDHR. No action will be taken against a person who denies IDHR's request for personal information. However, if a person files a charge with IDHR and IDHR cannot obtain the information needed to fully investigate the allegations in the charge, IDHR may close the case.

**PLEASE READ AND SIGN THE CONSENT AND RELEASE FORM BELOW AND RETURN IT TO IDHR WITH YOUR SIGNED, COMPLETED COMPLAINANT INFORMATION SHEET.**

<u>**CONSENT AGREEMENT AND RELEASE**</u>

I have read the above "Notice to Complainant". I understand:

1) In the course of investigating my charge, IDHR will reveal my identity, including my name, and my personal information to named Respondent(s) in my charge to obtain facts and evidence regarding my charge;

2) I do not have to reveal my personal information to IDHR, but IDHR may close my charge if I refuse to reveal information needed to fully investigate my charge;

3) Under certain circumstances, IDHR may be required by law, subpoena, court order, and FOIA request to disclose my charge and information in the Department's investigation file concerning my charge to persons outside of IDHR. In such instances, IDHR cannot guarantee any level of confidentiality regarding my identity and the personal information I have provided to IDHR or IDHR obtained in processing my charge.

4) If I file a Request for Review, IDHR will publish the Chief Legal Counsel's decision in the IDHR's website

**YES,** IDHR may disclose my identity and personal information if necessary to investigate my charge. I have read and understand the above Notice to Complainant and I consent for IDHR to process my charge and I release IDHR from any liability whatsoever concerning disclosure of my identity and any personal information I provided to IDHR or IDHR obtained in processing my charge.

(Printed Name) *Bobby Harris*

(Signature) *Bobby Harris*                    Date: 3-9-06

**NO,** IDHR may not disclose my identity and my personal information. I have read and understand the above Notice to Complainant and I **do not** consent for IDHR to disclose my identity and my personal information during investigation of my charge. I request that IDHR process my charge. However, I understand that IDHR may dismiss or close my charge if it cannot begin or continue with an investigation because I have not consented for IDHR to reveal my identity and my personal information.

(Printed Name) _____

(Signature) _____    Date: _____

4

DEPT. OF HUMAN RIGHTS
INTAKE UNIT

MAR 0 9 2006

RECEIVED

**PLEASE PRINT LEGIBLY.**    **TODAY'S DATE:** 3-9-06

BY

1.   Your Name:  Mr./Ms./Mrs.   Bobby Harris    PARKS

     Address   6308 N winthrop apt 706    Apt. #

     City   Chicago    State   Ill    Zip   60660

     Home Phone Number(     )   773 262-2906

     Day-Time Phone Number (     )

2.   The names of two persons who can contact you in the event this office is unable to locate you.
     Make sure their mailing addresses are different from your mailing address.  Your charge could be
     dismissed if you do not provide this information and we are unable to locate you.

     A.   Name:  Mr./Ms./Mrs.   _____

          Address   _____   Apt. #  _____

          City   _____  State  _____  Zip  _____

          Phone Number(     )   _____

     B.   Name:  Mr./Ms./Mrs.   _____

          Address   _____   Apt. #  _____

          City   _____  State  _____  Zip  _____

          Phone Number    (     )   _____

3.   Write out the full legal name of the Employer, Union, Employment Agency, etc.,
     (i.e., the Respondent), that you believe discriminated against you in Illinois.

     Name in Full:   MERCY Hospital & MEDICAL Center

     Illinois Address:   2525 S. MICHIGAN AVE

     City   CHICAGO    State   IL.    Zip   60616

     Phone Number   (312) 567-5653    County

4.   If you were placed at Respondent by a temporary agency which paid your wages, provide the
     following information about this company:

     Name in Full:   _____

     Illinois Address:   _____

     City   _____  State  _____  Zip  _____

     Phone Number    (     )   _____   County  _____

| OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| Control Number: 06W0309.17 | | Date: _____ | Investigator: _____ | |
| CIS Complete | Y  N | #6 15 empl in IL exc sh & hand | Y  N | |
| #3 RP in IL | Y  N | #8 D/H ≤ 180 | Y  N | |
| #3 RP not fed | Y  N | Checked by | | |

5. **A.** Type of Respondent that you believe discriminated against you in Illinois:

____ Private Company                    Government Agency (specify):

____ Employment Agency                  ____ Federal

____ Educational Institution            ____ State
     ____ Public    ____ Private
                                         ____ County
  ⨯  Union
                                         ____ City

**B.** What is the nature of the business of the Respondent?

____ Retail (specify)          _____

____ Government (specify)      _____

____ Manufacturing (specify)   _____

 ⨯   Health Care (specify)      _____

____ Other (specify)           _____

6. Does the Respondent have a total of 15 or more people working in the State of Illinois? (Consider all locations).

 ⨯  Yes                         ____ NO

(approximate total number in IL   ____ )

Does the Respondent have a total of 15 or more people working in the United States?

 ⨯  Yes                         ____ NO

7. Does the Respondent named in question #3 now employ you?

 ⨯  Yes                         ____ NO

If you have been employed by the Respondent named in question #3, provide the following information:

Job Title  _Houskeeping_____  Date Hired  _09/11/89___

Were you on probation?  ____ Yes   ⨯ NO

Present or last salary  _12.14_____  Per  _hr._____

Department  _HOUSEKEEPING_____  Supervisor  _Logan, PORTER__

8. In the spaces below, please indicate each **ISSUE OR HARM** and the basis (type of discrimination) which you would like the Department to investigate.    **Note:** See page 2 for the bases the Department can investigate.  Some common issues (harms) are:

| | | |
|---|---|---|
| Discharge | Failure to Hire | Demotion |
| Harassment | Layoff | Failure to Promote |
| Unequal Pay | Transfer | Failure to Recall |
| Job Eliminated | Other (specify) | Warning |
| Failure to Accommodate | | Suspension |
| (handicap and religion only) | | |

Please take your time and complete <u>all</u> the information requested for <u>each</u> issue and basis alleged, so that we can serve you better.  Fill in a separate section for each issue and basis.

### ISSUE AND BASIS

8a.    Issue (harm): __Harassment__                                         Date: __7/92 - 3/09/06__

Basis (type of discrimination): __Sexual Harassment__

Reason given for harm by Respondent: _____

Who gave you this information (name/job title)? _____

Explain why you feel you were discriminated against because of the basis identified above.  How were others in your situation treated?  Include names and job titles.

__a co-worker placed sexual advances. numerously__
__toward myself. The issues were presented to__
__my supervisor without disciplinary action.__

### ISSUE AND BASIS

8b.    Issue (harm): __Suspension__                              Date: __3/9__

Basis (type of discrimination): __S H / ~~Jogespo~~ Sexual Harassment__ ~~Forgerportion pastion~~

Reason given for harm by Respondent: ~~Sexual orientation~~

Who gave you this information (name/job title)? __Sexual Orientation__

Explain why you feel you were discriminated against because of the basis identified above.  How were others in your situation treated?  Include names and job titles.

~~Logee Porter Supervisor~~
~~He ~~Mr. John Supervise~~
__Lodge Porte Director__
__He Mr. John Supervisor__

**Note:**    Use additional pages for any additional issues and bases.

9. If you wrote **sexual harassment** in your answer to number 8 above, indicate the <u>name</u> and <u>job title</u> of the harasser:

*Loge Porte, Director - Henry Johns, Supervisor*

Do you want the harasser charged separately as an additional Respondent?    _____ Yes    _____ No

If yes, give the address and phone number of that person:

*Joga Porte*

10. If you wrote **physical or mental handicap** in your answer to number 8 above, state your medically diagnosable handicap(s):

_____

Explain how the Respondent became aware of each handicap:

_____

State whether you requested any form of accommodation:

_____

What was the Respondent's response:

_____

If you do not have a handicap, but you believe the Respondent acted because it perceives you as handicapped, explain:

_____

11. If you wrote **national origin or citizenship status** in your answer to number 8 above, do you think the Federal Immigration Reform and Control Act of 1986 influenced your employer's actions? If so, explain:

_____

12. If you wrote **retaliation** in your answer to number 8 above, state how you opposed unlawful discrimination (i.e., testified at a discrimination hearing, filed a prior discrimination claim, or complained about unlawful discrimination). Include dates, charge numbers, and/or the name or title of the person to whom you complained.

*Mary DAVIS*

*1708. 862-6537*

13. If there are witnesses that the Department should contact, who can support your claim of discrimination, state their names, addresses and phone numbers and the pertinent information each witness can provide.

Name:            _____

Address:         _____

Phone No. (    )  _____

Information:     _____

Name             _____

Address          _____

Phone No. (    )  _____

Information      _____

Name:            _____

Address: _____
Phone No. (    ) _____
Information:

14.  Do you have any documents to support your claim of discrimination?

      X  Yes        _____ NO

15.  Have you tried to resolve your situation through a grievance procedure?

      X  Yes        _____ NO    If yes, with whom?

Briefly describe your actions and the results thus far:

_____

_____

16.  Have you filed a previous charge against this employer with this Department?

      _____ Yes      X  NO     If yes, when? _____

Charge Number _____

17.  Have you filed a charge regarding this situation with any other Agency?   X Yes   _____ NO

EEOC _____ Yes      _____ NO   If yes, when? _____

OTHER: Specify _____

_____ Yes      _____ NO   If yes, when? _____

18.  PERSONAL DATA:

We need some information for statistical purposes. Please provide the following information:

Date of Birth  7 / 29 / 38     Sex  male

Circle the category in the list below of national origin or ancestry with which you most strongly

| | | |
|---|---|---|
| Greece = B | Liberia = R | (U.S.A. = U) |
| Haiti = T | Mexico = M | Vietnam = V |
| India = N | Middle East = L | Other African/Non-Arab = F |
| Ireland = I | Pakistan = K | Other East Asia = W |
| Italy = Y | Philippines = S | Other Eastern Europe = E |
| Japan = J | Poland = O | Other Hispanic = H |
| Korea = A | Puerto Rico = P | Other = Z* |

*Specify: _____

19.  Please specify how you learned of our office. This information will be used to enable us to serve the public better:

_____

I certify that this information is true and correct to the best of my knowledge.

Signature:  Bobby Harris           Date: 3-9-06

CIS-Emp (12/05)



| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | ☒ IDHR<br>☒ EEOC | 2006CA2360 |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Bobby Harris | HOME TELEPHONE (include area code)<br>(773) 262-2960 | |
|---|---|---|
| STREET ADDRESS<br>6308 N. Winthrop, Apt. 306 | CITY, STATE AND ZIP CODE<br>Chicago, IL  60616 | DATE OF BIRTH<br>07/29/38 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

| NAME<br>Mercy Hospital & Medical Center | NUMBER OF EMPLOYEES,<br>MEMBERS       15+ | TELEPHONE (include area code)<br>(312) 567-5653 |
|---|---|---|
| STREET ADDRESS<br>2525 S. Michigan Ave. | CITY, STATE AND ZIP CODE<br>Chicago, IL  60616 | COUNTY<br>031 |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>AGE     SEX     RETALIATION<br>PERCEIVED SEXUAL ORIENTATION | DATE OF DISCRIMINATION<br><br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>                                     03/09/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheets)       **TECHNICAL AMENDMENT #1**
                                                                (to properly identify a basis)

**I. A.  ISSUE/BASIS**

**UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT** – September 1, 2005, and Continuing until the present, March 9, 2006, due to my age, 67 and sex, male

**B.  PRIMA FACIE ALLEGATIONS**

1. My sex is male and I am 67 years old

2. My performance as housekeeper met Respondent's expectation.  I was hired on September 11, 1989.

3. Since September 1, 2005, and continuing until the present March 13, 2006, I have been subjected to unequal terms and conditions of employment by Logan Porter (male, 50's), Director of Housekeeping.  The unequal terms and conditions of employment of me being assigned to clean two floors rather than one floor with a certain number of rooms to be serviced.

**(continued)**

| I also want this charge filed at EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>*Raquel C Guerra*     8/3/06<br>NOTARY SIGNATURE       MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>RAQUEL C. GUERRA<br>Notary Public, State of Illinois<br>My Commission Expires 4/12/2008<br><br>NOTARY SEAL | x *Bobby Harris*  8-3-06<br>SIGNATURE OF COMPLAINANT       DATE<br><br>I declare under penalty that the foregoing is true and affirm that I have read the above charges and that they are true to the best of my knowledge, information and belief |

EXHIBIT

C

Blumberg No. 5208

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Bobby Harris<br>1250 West Morse Avenue<br>Apt. #203<br>Chicago, IL 60626 | From: | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-01242 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*

SEP 24 2007

Enclosure(s)

John P. Rowe, District Director

(Date Mailed)

cc:    **Mercy Hospital & Medical Center**

EXHIBIT

D

HE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

*Bobby L. Harris*
_____
(Name of the plaintiff or plaintiffs)

v.

*Mercy Hospital and medical Center*
_____

_____
(Name of the defendant or defendants)

07CV6468
JUDGE KOCORAS
MAG. JUDGE NOLAN

assignment clerk)

# RECEIVED

NOV 1 5 2007
*Nov 15 2007*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is *Bobby L. Harris* _____ of
   the county of *Cook* _____ in the state of *Illinois*

3. The defendant is *Mercy Hospital and medical Center* , who
   resides at (street address) *2525 S. michigan avenue*
   (city) *Chicago* (county) *Cook* (state) *Illinois* (ZIP) *60616*
   (Defendant's telephone number) *(312)* – *567-2000*

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

EXHIBIT
*E*

4)  The plaintiff sought employment or was employed by the defendant at

(street address) *2525 S. michigan*

(city)*Chicago* (county) *cook* (state) *Ill,* (ZIP code)*60616*

5.  The plaintiff [check one box]

(a) ☐   was denied employment by the defendant.

(b) ☐   was hired and is still employed by the defendant.

(c) ☒   was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) *3*___, (day) *9*___, (year) *06*___.

7.  (a)  The plaintiff [check one box] ☐ *has not*  filed a charge or charges against the defendant
      ☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following    government

agencies:

(i)  ☐  the United States Equal Employment Opportunity Commission on or about
(month)_____ (day)_____ (year)_____.

(ii) ☒  the Illinois Department of Human Rights on or about
(month)*0.3* (day)*13* (year)*06*
*0.8*        *0.3*        *06*

(b)     If charges *were* filed with an agency indicated above, a copy of the charge is

attached.     ☒ YES   ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of

Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason  to

believe that this policy was not followed in this case.

8.  (a) ☐   the United States Equal Employment Opportunity Commission has not issued a *Notice*

*of Right to Sue.*

(b) ☒   the United States Equal Employment Opportunity Commission has issued a *Notice* *of*

*Right to Sue,* which was received by the plaintiff on (month)___*9*____

(day) *25* (year) *0.7* a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

☐ YES    ☒ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ other (specify): _Retaliation, unequal terms_
_and conditions_ _____

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

*I was fired because of my sex, and age.
I complained about sex harassment
and i was they suspended and
later fired.*

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐   Direct the defendant to hire the plaintiff.

(b) ☒   Direct the defendant to re-employ the plaintiff.

(c) ☐   Direct the defendant to promote the plaintiff.

(d) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify):_____

_____

_____

_____

_____

_____

(g) ☒   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

*(Guide to Civil Cases for Litigants Without Lawyers: Page 46)*

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)    *Bobby L. HARRiS*

(Plaintiff's name)    *Bobby L. Harris*

(Plaintiff's street address)    *12 So, W, mosee ave apt 203*

(City) *Chicago*    (State) *Ill*    (ZIP) *60624*

(Plaintiff's telephone number) *(773) - 262 - 2906*

# CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form: See Privacy Act statement before completing this form.

#06W0309.17

| AGE | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2006CA2360 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) | | HOME TELEPHONE (include area code) |
|---|---|---|
| Bobby Harris | | (773) 262-2906 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 6308 N. Winthrop, Apt. 306 | Chicago, Illinois 60660 | 07/29/38 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code) |
|---|---|---|
| Mercy Hospital & Medical Center | | (312) 567-5653 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2525 S. Michigan Avenue | Chicago, Illinois 60616 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| AGE  SEX  RETALIATION PERCIEVED SEXUAL ORIENTATION | 03/09/06 ☐ CONTINUING ACTION |

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I. A.   **ISSUE/BASIS**
UNEQUAL TERMS AND CONDITION OF EMPLOYMENT – SEPTEMBER 1, 2005, AND CONTINUING UNTIL THE PRESENT, MARCH 9, 2006, DUE TO MY AGE, 67 AND SEX, MALE

B.   **PRIMA FACIE ALLEGATIONS**

1.   My sex is male and I am 67 years old.

2.   My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

3.   Since September 1, 2005, and continuing until the present March 13, 2006, I have been subjected to unequal terms and conditions of employment by Logan Porter (male, 50's), Director of Housekeeping. The unequal terms and conditions of employment consists of me being assigned to clean two floors rather than one floor with a certain number of rooms to be serviced.

**(Continued)**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 3/13/06 <br> NOTARY/SIGNATURE      MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL" <br> Krystal L Rogers <br> Notary Public, State of Illinois <br> My Commission Expires Nov. 15, 2006 | x Bobby L Harris  3-13-06 <br> SIGNATURE OF COMPLAINANT      DATE <br> I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

NOTARY SEAL

FORM 5 (5/02)

Complainant: Bobby ███ ███ris
Charge Number: 2006CA2360
Page 2

    4.   Similarly situated, younger female, co-workers are not subjected to these terms and conditions for employment.

II. A.  ISSUE/BASIS

    SUSPENSION – IN SEPTEMBER 2005, IN RETALIATION FOR HAVING COMPLAINED ABOUT SEXUAL HARASSMENT IN THE WORKPLACE

  B.  PRIMA FACIE ALLEGATIONS

    1.   In September, 2005, I complained to Logan Porter, Director of Housekeeping, and the Director of Human Resources (name unknown), that I was being sexually harassed by a co-worker, Aaron (male, last name unknown). They both laughed about the incident and told me to go back to work.

    2.   One week after having complained about sexual harassment in the workplace, I was suspended for six days without pay by Logan Porter, Director of Housekeeping. The reason cited for the suspension was for allegedly sexually harassing a kitchen co-worker.

    3.   I did not sexually harass said individual. The suspension followed my having engaged in a protected activity within a short period of time.

III. A. ISSUE/BASIS

    SUSPENSION – OCTOBER 2005, IN RETALIATION FOR HAVING COMPLAINED ABOUT SEXUAL HARASSMENT IN THE WORKPLACE

  B.  PRIMA FACIE ALLEGATIONS

    1.   In September, 2005, I complained to Logan Porter, Director Of Housekeeping, and the Director of Human Resources (name unknown), that I was being sexually harassed by a co-worker, Aaron (male, last name unknown). They both laughed about the incident and told me to go back to work.

    2.   In October 2005, I was suspended for one day without pay by Logan Porter, Director of Housekeeping. The reason cited for the suspension was because I allegedly failed to clean room #33.

    3.   The suspension followed my having engaged in a protected activity within a short period of time, thereby, raising an inference of retaliatory motivation.

IV. A. ISSUE/BASIS

    SUSPENSION – OCTOBER, 2005, DUE TO MY SEX, MALE AND MY AGE, 67

(Continued)

Complainant: Bobby Harris
Charge Number: 2006CA2360
Page 3

### B. PRIMA FACIE ALLEGATIONS

1. My sex is male and I am 67 years old.

2. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

3. In October 2005, I was suspended for one day without pay by Logan Porter (male, 50's), Director of Housekeeping. The reason cited for the suspension was for allegedly not cleaning room #33.

4. I serviced said room. Similarly situated, female younger co-workers, have been cited for not cleaning a room and they were not suspended.

### V. A. ISSUE/BASIS
SUSPENSION – MARCH 9, 2006, DUE TO PERCEIVED SEXUAL ORIENTATAION, GAY

### B. PRIMA FACIE ALLEGATIONS

1. I am not gay.

2. Respondent was provided medical documentation that I am not gay.

3. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

4. On March 9, 2006, I was suspended, pending an investigation by Logan Porter, Director of Housekeeping. The reason cited for the suspension was due to unprofessional behavior.

5. Respondent, in particular, Logan Porter, Director of Housekeeping, perceives me to be gay when in fact I have shown medical documentation that I am not gay, nonetheless, he suspends me for sexually harassing a male employee.

### VI. A. ISSUE/BASIS
SUSPENSION – MARCH 9, 2006, IN RETALIATION FOR HAVING OPPOSED SEXUAL HARASSMENT IN THE WORKPLACE

### B PRIMA FACIE ALLEGATIONS

1. In September 2005, I complained to Logan Porter, Director of Housekeeping, and the Director of Human Resources (name unknown), that I was being sexually harassed by a co-worker, Aaron (male, last name unknown). They both laughed about the incident and told me to go back to work.

(Continued)

Complainant: Bobby ▆▆ ris
Charge Number: 2006CA2360
Page 4

2. On March 9, 2006, I was suspended, pending an investigation by Logan Porter, Director of Housekeeping. The reason cited for the suspension was due to unprofessional behavior.

3. The suspension followed my having engaged in a protected activity within a short period of time, thereby, raising an inference of retaliatory motivation.

VII. A. ISSUE/BASIS

SUSPENSION – MARCH 9, 2006, DUE TO MY AGE, 67 AND MY SEX, MALE

B PRIMA FACIE ALLEGATIONS

1. My sex is male and I am 67 years old.

2. My work performance as housekeeper met Respondent's expectations. I was hired on September 11, 1989.

3. On March 9, 2006, I was suspended, pending an investigation by Logan Porter (50's, male), Director of Housekeeping. The reason cited for the suspension was due to unprofessional behavior.

4. There have been numerous incidents involving younger female co-workers, who were cited for unprofessional behavior, and they were not suspended.

HMS/JJT/RCG

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR<br>☒ EEOC | 2006CA2360 |

## Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr. Ms. Mrs.)<br>Bobby Harris | HOME TELEPHONE (Include area code)<br>(773) 262-2960 |
|---|---|

| STREET ADDRESS<br>6308 N. Winthrop, Apt. 306 | CITY, STATE AND ZIP CODE<br>Chicago, IL 60616 | DATE OF BIRTH<br>07/29/38 |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

| NAME<br>Mercy Hospital & Medical Center | NUMBER OF EMPLOYEES,<br>MEMBERS        15+ | TELEPHONE (Include area code)<br>(312) 567-5653 |
|---|---|---|

| STREET ADDRESS<br>2525 S. Michigan Ave. | CITY, STATE AND ZIP CODE<br>Chicago, IL 60616 | COUNTY<br>031 |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON:<br><br>AGE      SEX      RETALIATION<br>PERCEIVED SEXUAL ORIENTATION | DATE OF DISCRIMINATION<br><br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>                         03/09/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheets)        **TECHNICAL AMENDMENT #1**
(to properly identify a basis)

**I. A. ISSUE/BASIS**

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – September 1, 2005, and Continuing until the present, March 9, 2006, due to my age, 67 and sex, male

**B. PRIMA FACIE ALLEGATIONS**

1. My sex is male and I am 67 years old

2. My performance as housekeeper met Respondent's expectation. I was hired on September 11, 1989.

3. Since September 1, 2005, and continuing until the present March 13, 2006, I have been subjected to unequal terms and conditions of employment by Logan Porter (male, 50's), Director of Housekeeping. The unequal terms and conditions of employment consist of me being assigned to clean two floors rather than one floor with a certain number of rooms to be serviced.

**(continued)**

| I also want this charge filed at EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>*Raquel C Guerra*        8/3/06<br>NOTARY SIGNATURE        MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>RAQUEL C. GUERRA<br>Notary Public, State of Illinois<br>My Commission Expires 4/12/2008<br><br>NOTARY SEAL | x *Bobby Harris* 8-3-06<br>SIGNATURE OF COMPLAINANT        DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charges and that it is true to the best of my knowledge, information and belief |

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Bobby Harris<br>1250 West Morse Avenue<br>Apt. #203<br>Chicago, IL 60626 | From: | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose Identity is<br>CONFIDENTIAL (29 CFR § 1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-01242 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans with Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge. |
| [ ] | Having been given 30 days In which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged. |
| [ ] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is In compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [X] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination In Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*                                              SEP 24 2007

Enclosure(s)

**John P. Rowe, District Director**                    *(Date Mailed)*

cc:    **Mercy Hospital & Medical Center**