CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Amended Complaint to be served upon all counsel of record, by this Court's electronic-filing system, this 11th day of March, 2008.

                                        /s/ Lisa Mecca Davis
                                        Lisa Mecca Davis