N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. HARRIS, <br><br>          Plaintiff, <br><br>     v. <br><br> MERCY HOSPITAL AND MEDICAL CENTER, <br><br>          Defendant. | Case No. 1:07-CV-06468 <br><br> Hon. Charles P. Kocoras |

## NOTICE OF FILING

To:   The Clerk of Court
      United States District Court,
      Northern District of Illinois
      219 South Dearborn St., 20th Fl.
      Chicago, Illinois 60604

Robert S. Libman, Esq.
Erin Pitts, Esq.
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, Illinois 60610
rlibman@lawmbg.com
epitts@lawmbg.com

   PLEASE TAKE NOTICE that Defendant, Mercy Hospital and Medical Center, filed the Appearance of Christopher Rizzo of Seyfarth Shaw, LLP.

DATED:  March 24, 2008

MERCY HOSPITAL AND MEDICAL CENTER,


By:   s/Christopher Rizzo
       One of Its Attorneys

CH1 11442730.1

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he has served a true and correct copy of the foregoing Notice of Filing on the following counsel for Plaintiff via ECF on this 24th day of March, 2008:

>Robert S. Libman, Esq.
>Erin Pitts, Esq.
>Miner, Barnhill & Galland, P.C.
>14 W. Erie St.
>Chicago, Illinois 60610
>rlibman@lawmbg.com
>epitts@lawmbg.com

>>s/ Christopher Rizzo
>>Christopher Rizzo