# N THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOBBY L. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCY HOSPITAL AND MEDICAL CENTER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:07-CV-06468<br>)<br>) Hon. Charles P. Kocoras<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To: The Clerk of Court
United States District Court,
Northern District of Illinois
219 South Dearborn St., 20th Fl.
Chicago, Illinois 60604

Robert S. Libman, Esq.
Erin Pitts, Esq.
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, Illinois 60610
rlibman@lawmbg.com
epitts@lawmbg.com

    PLEASE TAKE NOTICE that Defendant, Mercy Hospital and Medical Center, filed the Appearance of Steven J. Pearlman of Seyfarth Shaw, LLP.

DATED: March 24, 2008

                      MERCY HOSPITAL AND MEDICAL CENTER,


                      By:   s/Steven J. Pearlman
                           One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he has served a true and correct copy of the foregoing Notice of Filing on the following counsel for Plaintiff via ECF on this 24th day of March, 2008:

>
> Robert S. Libman, Esq.
> Erin Pitts, Esq.
> Miner, Barnhill & Galland, P.C.
> 14 W. Erie St.
> Chicago, Illinois 60610
> rlibman@lawmbg.com
> epitts@lawmbg.com

s/ Steven J. Pearlman<br>
Steven J. Pearlman