## N THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BOBBY L. HARRIS, | ) |
|  Plaintiff, | ) ) ) |
| v. | ) Case No. 1:07-CV-06468 |
| MERCY HOSPITAL AND MEDICAL CENTER, | ) ) Hon. Charles P. Kocoras ) ) |
|  Defendant. | ) ) |

## NOTICE OF FILING

To: The Clerk of Court
United States District Court,
Northern District of Illinois
219 South Dearborn St., 20th Fl.
Chicago, Illinois 60604

Robert S. Libman, Esq.
Erin Pitts, Esq.
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, Illinois 60610
rlibman@lawmbg.com
epitts@lawmbg.com

PLEASE TAKE NOTICE that Defendant, Mercy Hospital and Medical Center, filed the Appearance of Gerald L. Pauling, II of Seyfarth Shaw, LLP.

DATED: March 24, 2008

MERCY HOSPITAL AND MEDICAL CENTER,

By:  s/Gerald L. Pauling, II
  One of Its Attorneys

CH1 11442763.1

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he has served a true and correct copy of the foregoing Notice of Filing on the following counsel for Plaintiff via ECF on this 24th day of March, 2008:

>Robert S. Libman, Esq.
>Erin Pitts, Esq.
>Miner, Barnhill & Galland, P.C.
>14 W. Erie St.
>Chicago, Illinois 60610
>rlibman@lawmbg.com
>epitts@lawmbg.com

s/ Gerald L. Pauling, II<br>
Gerald L. Pauling, II