IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-06468 |
| ) | |
| MERCY HOSPITAL AND MEDICAL ) | Hon. Charles P. Kocoras |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
FIRST AMENDED COMPLAINT**

Defendant Mercy Hospital and Medical Center ("Mercy"), by and through its attorneys, Seyfarth Shaw LLP, submits the following unopposed motion for an extension of time to file a an Answer to Plaintiff Bobby L. Harris' First Amended Complaint ("Complaint") or other responsive pleading until April 29, 2008, and states the following in support:

1. On March 11, 2008, Plaintiff Bobby L. Harris filed his Complaint.

2. Mercy's Answer or other responsive pleading responsive to Plaintiff's First Amended Complaint is currently due on March 31, 2008.

2. The undersigned attorneys recently were retained to defend Mercy in the above-captioned lawsuit, and need additional time to investigate Plaintiff's allegations and assemble relevant materials in order to prepare an Answer or other responsive pleading.

3. On March 21, 2008, Plaintiffs' counsel advised Mercy's counsel that Plaintiff does not oppose the instant request for an extension of time until April 29, 2008.

4. Mercy has not previously requested an extension of time in this matter.

5. The instant request for an extension of time is submitted in good faith, and will not result in undue delay or prejudice Plaintiff.

WHEREFORE, Defendant Mercy Hospital and Medical Center respectfully requests that this Court extend the time it to file an Answer to Plaintiff's Complaint or other responsive pleading until April 29, 2008.

| | |
|---|---|
| DATED:  March 24, 2008 | Respectfully submitted, |
| Gerald L. Pauling, II<br>Steven J. Pearlman<br>Christopher Rizzo<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, Illinois  60603-5577<br>(312) 460-5000 | MERCY HOSPITAL AND MEDICAL CENTER<br><br>By:  ___/s/ Christopher Rizzo_____<br>        Christopher Rizzo |

CH1 11442458.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, I electronically filed the foregoing DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Robert S. Libman, Esq.
>Erin Pitts, Esq.
>Miner, Barnhill & Galland, P.C.
>14 W. Erie St.
>Chicago, Illinois 60610
>rlibman@lawmbg.com
>epitts@lawmbg.com

                    /s/ Christopher Rizzo
                    Christopher Rizzo

CH1 11442458.1