IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:07-CV-06468 |
| MERCY HOSPITAL AND MEDICAL CENTER, | ) ) Hon. Charles P. Kocoras ) ) |
| Defendant. | ) ) |

## NOTICE OF MOTION

To: Robert S. Libman, Esq.
Erin Pitts, Esq.
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, Illinois 60610
rlibman@lawmbg.com
epitts@lawmbg.com

PLEASE TAKE NOTICE that on March 27, 2008, at 9:30 a.m., counsel for Mercy Hospital and Medical Center shall appear before the Honorable Charles P. Kocoras of the United States District Court for the Northern District of Illinois at the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, IL 60604, Room 1725, and present Defendant's Unopposed Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's First Amended Complaint, a true and correct copy of which is attached and hereby served upon you.

DATED:  March 24, 2008

Gerald L. Pauling, II
Steven J. Pearlman
Christopher Rizzo
SEYFATH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603-5577
(312) 460-5000

Respectfully submitted,

MERCY HOSPITAL AND MEDICAL CENTER

By: ___/s/ Christopher Rizzo_____
       Christopher Rizzo

CH1 11442463.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2008, I electronically filed the foregoing NOTICE OF MOTION With the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Robert S. Libman, Esq.
>Erin Pitts, Esq.
>Miner, Barnhill & Galland, P.C.
>14 W. Erie St.
>Chicago, Illinois 60610
>rlibman@lawmbg.com
>epitts@lawmbg.com

                                                  _____/s/ Christopher Rizzo_____
                                                             Christopher Rizzo