CERTIFICATE OF SERVICE

    Lisa Mecca Davis certifies that she caused a copy of the foregoing Appearance to be served upon all counsel of record, by this Court's electronic-filing system, this 26th day of March, 2008.

                                  /s/ Lisa Mecca Davis
                                  Lisa Mecca Davis