# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Bobby L Harris

                                         Plaintiff,

v.                                                          Case No.: 1:07−cv−06468
                                                            Honorable Charles P. Kocoras

Mercy Hospital and Medical Center

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Defendant's unopposed motion [24] for an extension of time to 4/29/2008 to answer or otherwise plead is granted. Status and hearing on said motion, set for 3/27/2008, are stricken. Status hearing is reset to 5/7/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.